```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF GEORGIA
                       ATHENS DIVISION
```

LACHUNDRA MACK,                 *

    Plaintiff            *

vs.                             *     CASE NO. 3:11-CV-120 (CDL)

MICHAEL J. ASTRUE, Commissioner *
of Social Security,
                                *
    Defendant
                                *

O R D E R

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on July 18, 2012. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. ' 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the Order of this Court. Accordingly, this matter is remanded for the purposes described in the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED, this 9th day of August, 2012.

                                       s/Clay D. Land
                                       CLAY D. LAND
                                       UNITED STATES DISTRICT JUDGE