```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF GEORGIA
                    ATHENS DIVISION
```

```
LACHUNDRA MACK,                *

     Plaintiff                 *

vs.                            *
                                    CASE NO. 3:11-CV-120 (CDL)
CAROLYN W. COLVIN, Acting      *
Commissioner of Social Security,
                               *
     Defendant
_____ *
```

O R D E R

After a *de novo* review of the record in this case, the Report and Recommendation of the Magistrate Judge filed March 20, 2013, is hereby approved, adopted, and made the Order of the Court. Plaintiff is awarded attorneys' fees in the amount of $8,799.06, and these fees shall be paid directly to the Plaintiff.

The objections of the Plaintiff have been considered and are found to be without merit.

IT IS SO ORDERED, this 4th day of April, 2013.

                              s/Clay D. Land
                              CLAY D. LAND
                              UNITED STATES DISTRICT JUDGE